IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM AIREHART, ) )         Plaintiff, ) )     v. ) ) HOOVESTOL, INC., a Minnesota ) corporation; MAJOR TRANSPORT, INC.,) a Minnesota corporation; VICTOR ) ARMENTA, ) )         Defendants. ) _____) | 2:07-cv-01839-GEB-JFM STATUS (PRETRIAL SCHEDULING) ORDER |

Since the status of this action is unclear regarding deceased Defendant Victor Armenta, the status conference is rescheduled to January 22, 2008, at 9:00 a.m. A Joint Status Report shall be filed no later than 14 days prior to the status hearing.

IT IS SO ORDERED.

Dated: November 21, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1