IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM AIREHART,            )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>HOOVESTOL, INC., a Minnesota  )<br>corporation; MAJOR TRANSPORT, INC.,)<br>a Minnesota corporation; VICTOR )<br>ARMENTA; and DOE I through DOE XX, )<br>inclusive,                    )<br>                              )<br>          Defendants.         )<br>_____) | 2:07-cv-01839-GEB-JFM<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE |

     The Joint Status Conference Statement filed January 8, 2008, indicates that the parties agree that the magistrate judge assigned to this action should handle some aspect of the action.  (Joint Status Conf. Statement at 3.)  Since the scope of that agreement is unclear, the Status (Pretrial Scheduling) Conference set for January 22, 2008 is continued to February 19, 2008, at 9:00 a.m.  The parties shall file a further joint status report no later than February 5, 2008, providing clarification regarding the scope of their agreement to have the magistrate judge handle some aspect of this action.  The further joint status report shall also clarify Plaintiff's statement that he "will dismiss without prejudice Victor Armenta" and Defendants'

1

statements that they "will waive any costs associated with his being named as a defendant" and that they "will also stipulate [that] Victor Armenta was in the course and scope of his employment with Hoovestol, Inc. at the time of the incident."

      IT IS SO ORDERED.

Dated: January 10, 2008

                              _____
GARLAND E. BURRELL, JR.
United States District Judge