IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM AIREHART,                    )<br>                                      )<br>              Plaintiff,              )<br>                                      )<br>     v.                              )<br>                                      )<br>HOOVESTOL, INC., a Minnesota         )<br>corporation; MAJOR TRANSPORT, INC.,  )<br>a Minnesota corporation,              )<br>                                      )<br>              Defendants.[1]         )<br>_____) | 2:07-cv-01839-GEB-JFM<br><br><u>REASSIGNMENT ORDER</u> |

A Joint Status Report ("JSR") was filed on February 5, 2008, stating "[t]he parties stipulate to a magistrate judge handling all aspects of this matter to the extent authorized by 28

---

[1] The caption has been amended to reflect the dismissal without prejudice of Defendant Victor Armenta, in light of Plaintiff's representations in the Joint Status Report that "Victor Armenta is deceased," that "[n]o estate is known to exist," and that "Plaintiff will dismiss without prejudice Victor Armenta given that he was at no time a necessary party to this action [and] that his or his estate's absence from this action does not affect plaintiff's claims against his employer arising out of Mr. Armenta's conduct during the course and scope of his employment with Defendant Hoovestol, Inc." (JSR at 2.)
   Additionally, since Plaintiff has not justified Doe defendants remaining in this action, Does I through XX are dismissed. <u>See</u> Order Setting Status (Pretrial Scheduling) Conference filed September 5, 2007 at 2 n.2 (indicating that if Plaintiff fails to set forth in the JSR a date by when the identities of any "Doe" defendants are expected to be discovered, the claims against Doe defendants would be deemed abandoned and a dismissal order would follow).

1

U.S.C. §636(c)."  <u>See</u> 28 U.S.C. § 636(c); L.R. 73-305(b).  Local Rule 73-305(b) prescribes "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral."

If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed.

Dated:  February 13, 2008

```
                           GARLAND E. BURRELL, JR.
                           United States District Judge
```

## ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment.  All documents hereafter filed shall be denominated as 2:07-cv-01839-JFM.

IT IS SO ORDERED.

DATED: February 13, 2008.

```
                           UNITED STATES MAGISTRATE JUDGE
```

/airehart.con

2