**Law Offices of**
**TIMMONS, OWEN & OWEN, Inc.**
ALLEN J. OWEN, (SBN 89043)
1401 21st Street, Suite 400
Sacramento, CA 95814
Telephone:    (916) 444-0321
Facsimile:    (916) 444-8723

**WILCOXEN CALLAHAN MONTGOMERY & DEACON**
GARY B. CALLAHAN, (SBN 047543)
E. S. DEACON, (SBN 127638)
2114 K Street
Sacramento, California 95816
Telephone:    (916) 442-2777
Facsimile:    (916) 442-4118

Attorneys for Plaintiff
WILLIAM AIREHART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM AIREHART, | CASE NO:    2:07-CV-01839 JFM |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE EXPERT DISCLOSURE (FRCP 26 (a)(1)) AND ORDER |
| HOOVESTOL, INC., a Minnesota Corporation; MAJOR TRANSPORT, INC., a Minnesota Corporation; VICTOR ARMENTA, and Doe I through Doe XX, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that the Federal Rule of Civil Procedure 26(a)(1) Expert Disclosure be continued from May 15, 2008 to June 16, 2008 and the Supplemental Expert Disclosure also be continued from June 15, 2008 to July 15, 2008.

DATED: May 8, 2008.                           WILCOXEN CALLAHAN
                                               MONTGOMERY & DEACON

                                    By:   /s/E. S. Deacon
                                          E.S. (TED) DEACON (SBN 127638)
                                          Attorneys for Plaintiff, WILLIAM AIREHART

/////

1

1  DATED: April 23, 2008.                    LaMORE, BRAZIER RIDDLE & GIAMPAOLI

2
                                             By:    /s/Jeffrey F. Oneal
3                                                   JEFFREY F. ONEAL (SBN 129072)
                                                    Attorneys for Defendant, HOOVESTOL, INC.
4

5                                           **ORDER**

6      The Court, having considered the Stipulation to Continue Expert Disclosure and finding good

7  cause to grant the Stipulation to Continue Expert Disclosure as follows:

8      That the currently scheduled Expert Disclosure date of May 15, 2008, be continued to June 15,

9  2008 and the Supplemental Expert Disclosure also be continued from June 15, 2008 to July 15, 2008

10 IT IS SO ORDERED.

11 DATED:  May 8, 2008.

12

13                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
14

15 /001;airehart.eot