**Law Offices of**
**TIMMONS, OWEN & OWEN, Inc.**
ALLEN J. OWEN, (SBN 89043)
1401 21st Street, Suite 400
Sacramento, CA 95814
Telephone:   (916) 444-0321
Facsimile:   (916) 444-8723

**WILCOXEN CALLAHAN MONTGOMERY & DEACON**
GARY B. CALLAHAN, (SBN 047543)
E. S. DEACON, (SBN 127638)
2114 K Street
Sacramento, California 95816
Telephone:   (916) 442-2777
Facsimile:   (916) 442-4118

Attorneys for Plaintiff
WILLIAM AIREHART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM AIREHART, | CASE NO:   2:07-cv-01839 JFM |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL CONFERENCE DATE AND ORDER |
| v. | |
| HOOVESTOL, INC., a Minnesota Corporation; MAJOR TRANSPORT, INC., a Minnesota Corporation; VICTOR ARMENTA, and Doe I through Doe XX, Inclusive, | Settlement Conference Date: November 20, 2009 |
| Defendants. | Trial Date:   January 20, 2009 |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that the Pretrial Conference Date be moved from December 18, 2008 at 1:30 p.m., to December 11, 2008 at a time convenient for the Court. Plaintiff's counsel is scheduled to start trial on December 15, 2008 in the United States District Court Eastern District Sacramento Division case number 2:07-cv-00763-JAM-DAD before Judge John A. Mendez. The above-mentioned trial has estimated length of approximately eight to twelve days.

/ / /

/ / /

---

1

STIPULATION TO CONTINUE PRETRIAL CONFERENCE DATE AND ORDER

DATED: September 23, 2008.                WILCOXEN CALLAHAN
                                               MONTGOMERY & DEACON

                                      By:   /s/E. S. Deacon
                                                   E.S. (TED) DEACON (SBN 127638)
                                                   Attorneys for Plaintiff, WILLIAM AIREHART

DATED: April 23, 2008.                    LaMORE, BRAZIER RIDDLE & GIAMPAOLI

                                      By:   /s/ Jeffrey F. Oneal
                                                 JEFFREY F. ONEAL (SBN 129072)
                                                 Attorneys for Defendant, HOOVESTOL, INC.

## **ORDER**

The Court, having considered the Stipulation to Continue the Pretrial Conference Date and finding good cause to grant the Stipulation to Continue the Pretrial Conference Date as follows:

That the currently scheduled Pretrial Conference Date of December 18, 2008, be advanced to December 11, 2008 at 1:30 p.m. in the chambers of the undersigned.

IT IS SO ORDERED.

DATED: September 30, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/airehart.stip