IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM AIREHART,

    Plaintiff,                    No. CIV S-07-1839 JFM

    vs.

HOOVESTOL, INC., et al.,        ORDER RE SETTLEMENT & DISPOSITION

    Defendants.

       /

    Pursuant to the representations of counsel following further settlement discussions, the court has determined that the above-captioned case has settled.

    The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

    SO ORDERED.

    DATED: December 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE